UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 5 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. B-04-1001-01 |
| | § | |
| HORST FRANCISCO SCHIRMER | § | |

## ORDER

ON THIS DATE, came on to be heard Government's Motion For Leave to File Late Response to Defendant's Motion to Suppress and the Court, after due consideration of same, is of the opinion that said motion should be (GRANTED) (DENIED).

SIGNED and ORDERED on this the 14 day of April, 2005.

Hon. Hilda G. Tagle
United States District Judge